IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PAMELA MCKENNA<br>44 Blossom Wood Court<br>Stafford, VA 22554<br><br>v.<br><br>THE UNITED STATES | )<br>)<br>)<br>)<br>)   Case No. 1-21-CV-01941-ZNS<br>)   (Judge Zachary N. Somers)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF

Lisa Smith Sanders, Esq., of Sanders & Sanders, attorneys for Plaintiff, Pamela McKenna, moves to withdraw as attorney of record. In support of such withdrawal, counsel states as follows:

1. Lisa Smith Sanders, Esq., and the firm of Sanders & Sanders, seek to withdraw as attorney of record for the Plaintiff, Pamela McKenna, pursuant to the Rules of the United States Court of Claims, Rule 83.1(c)(5).

2. I hereby certify that the last known residence address of the client is:

   Pamela McKenna
   44 Blossomwood Court
   Stafford, VA  22554

   *With a preferred mailing address of:*

   Pamela McKenna
   PO Box 1987
   Centreville, VA 20122

3. I further certify that I have mailed a written notice to the client previously advising the client of counsel's proposed withdrawal and notifying the client either to have new counsel enter an appearance or to advise the Clerk that the

1

client will be proceeding without counsel. A copy of this letter, which was sent to the client more than 14 days prior to the filing of this Motion, is attached hereto as Exhibit A.

4. Counsel believes Plaintiff will suffer no undue prejudice by her withdrawal at this time as there are no presently scheduled hearings or responses due from the Plaintiff. Indeed, the Defendant has obtained an extension of time in which to file its answer to Plaintiff's complaint.

WHEREFORE, Lisa Smith Sanders, Esq., attorney of record for the Plaintiff, moves the Court to enter an order striking the appearance of Lisa Smith Sanders and Sanders & Sanders herein.

Respectfully submitted,

__/s/ Lisa Smith Sanders_____
Lisa Smith Sanders, Esq.
Bar No. 417142
Sanders & Sanders
14452 Old Mill Road, Suite 101
Upper Marlboro, MD  20772
301.574.1338 voice
301.574.1435 facsimile
Lisa.smith.sanders@gmail.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that on the _____ day of _____, 2022, a true and correct copy of the foregoing pleading was sent via electronic notification to the following attorney(s) of record:

Alex Michael Hyman
DOJ-Civ
1100 L Street, NW
Washington, DC 20005
Alex.m.hyman@usdoj.gov

And also by first class mail to:

Pamela McKenna
PO Box 1987
Centreville, VA 20122

                  __/s/ Lisa Smith Sanders_____